**Electronically Filed
Supreme Court
SCWC-23-0000299
19-FEB-2025
12:34 PM
Dkt. 9 ODAC**

SCWC-23-0000299

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

D.F.,
Petitioner/Plaintiff-Appellant,

vs.

T.F., nka T.Y.,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000299; CASE NO. 3DV181000175)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on December 23, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 19, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

